JAMES ELGAR (a Corporation), Respondent, *v.* MARYLAND CASUALTY COMPANY, Appellant, and MARCY PLACE HOLDING CORPORATION et al., Respondents.

(Submitted May 31, 1932; decided June 2, 1932.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that costs are awarded to each of the respondents. (See 259 N. Y. 527.)